**Linda WILSON, Plaintiff-Appellant,**

v.

**MISSOURI DIVISION OF EMPLOYMENT SECURITY, Labor and Industrial Relations Commission of Missouri and Creative World Schools, Inc., Defendants-Respondents.**

**No. WD 35087.**

Missouri Court of Appeals,
Western District.

July 10, 1984.

James Marshall Smith, of Legal Aid of Western Mo., Kansas City, for plaintiff-appellant.

Sharon A. Willis, Kansas City, and Rick V. Morris, Jefferson City, for Mo. Div. of Employment Security, and Alan J. Downs, Jefferson City, for Labor & Industrial Relations Com'n of Mo., for defendants-respondents.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

This is a direct appeal from a circuit court judgment affirming the denial of un-employment compensation benefits. The judgment is affirmed.

Rule 84.16(b)